459 A.2d 28

Lev v. Reading Railroad.

Appeal of Sidney Gardner.

Argued September 8, 1982. George M. Bobrin, for appellant; E. Parry Warner, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment affirmed.

459 A.2d 29

Stoner v. Dacheux, Appellant.

Submitted January 26, 1983. Barbara O. Stump, for appellant; John D. Miller, Jr., for appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Order affirmed.